IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–28–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SAFARA ECHO SHORTMAN, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and

Recommendation in this matter on April 26, 2018.  Neither party objected and

therefore they are not entitled to *de novo* review of the record.  28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Safara Echo Shortman's guilty

plea after Shortman appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846 (Count I), and possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) (Count II) of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 22), and I adopt them in full.

Accordingly, IT IS ORDERED that Safara Echo Shortman's motion to change plea (Doc. 13) is GRANTED and Safara Echo Shortman is adjudged guilty as charged in Counts I and II of the Indictment.

DATED this 15th day of May, 2018.

Dana L. Christensen, Chief District Judge
United States District Court