IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–28–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SAFARA ECHO SHORTMAN, | |
| Defendant. | |

Defendant Safara Echo Shortman has filed a Motion for Early Termination of Supervised Release. (Doc. 71.)

Accordingly, IT IS ORDERED that the Government shall file its response to Shortman's Motion by January 19, 2026.

DATED this 5th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court